**United States District Court**
For the Northern District of California

1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

NORTHERN DISTRICT OF CALIFORNIA

8
9

UNITED STATES OF AMERICA,

No. C-11-02437 DMR

10

Plaintiff,

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE**

11

v.

12

BOOHER,

13

Defendant.

14

_____/

15

TO ALL PARTIES AND COUNSEL OF RECORD:

16

The Initial Case Management Conference is set for **November 30, 2011 at 1:30 p.m.**,

17

Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case

18

Management Statement is due no later than **November 23, 2011.**

19

IT IS SO ORDERED.

20
21

Dated:  October 24, 2011

_____
DONNA M. RYU
United States Magistrate Judge

22
23
24
25
26
27
28