UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>  v.<br><br>BOOHER,<br><br>        Defendant(s).<br>_____/ | No. C-11-02437 DMR<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

The Initial Case Management Conference previously scheduled for November 30, 2011 has been CONTINUED to **December 14, 2011 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than December 7, 2011**.** Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the Court.

IT IS SO ORDERED.

Dated: November 23, 2011

IT IS SO ORDERED AS MODIFIED

_____
DONNA M. RYU
United States Magistrate Judge