MICHAEL COSENTINO State Bar No. 83253
Counsel for the United States
P.O. Box 129
Alameda, CA 94501

Telephone: (510) 523-4702
Facsimile: (510) 747-1640

Attorney for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**JANETTE L. BOOHER**
**aka JANETTE L. BOOHER FULTON**,

Defendant,

and

**CONNECTICUT GENERAL LIFE**
**INSURANCE COMPANY**

Garnishee.
_____/

Case No. **CV11-2437 DMR**

**WRIT OF CONTINUING**
**GARNISHMENT**

TO:    CONNECTICUT GENERAL LIFE INSURANCE COMPANY
CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF

THE UNITED STATES OF AMERICA ANY PROPERTY, INCLUDING **INSURANCE**

**PAYMENTS**, IN YOUR CUSTODY, CONTROL, OR POSSESSION IN WHICH THE

DEFENDANT-JUDGMENT DEBTOR HAS AN OWNERSHIP INTEREST.

The name, SSN XXX-XX-9076, and last known address of the person who is

the defendant-judgment debtor (hereinafter "debtor") in this action and whose property is subject to this Writ are as follows:

> JANETTE L. BOOHER aka JANETTE L. BOOHER FULTON
> 4966 Shadowfalls Drive
> Martinez, CA 94553

This Writ has been issued at the request of the United States of America to enforce the collection of a civil judgment entered in favor of the United States against the debtor for a defaulted student loan in the amount of $161,032.79. There is a balance of $162,206.99 due on the judgment, which amount includes costs and interest computed through October 21, 2019; interest continues to accrue until paid in full.

The following are the steps that you must take to comply with this Writ. If you have any questions, you should consult with your attorney.

1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession any property of the debtor, including **insurance payments**, in which the debtor has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, you must immediately withhold such property from the debtor and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property. The United States has requested that 25% of the sum of all insurance payments be withheld from the defendant to be paid to the United States.

2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within 10 days after service of this Writ upon you. You must answer the Writ even if you do not have in your custody, control, or possession any property, including insurance payments, of the debtor. Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

  a.  Whether or not you have in your custody, control, or possession, any property owned by the debtor in which the debtor has a substantial

1  nonexempt interest, including nonexempt insurance payments;

2  b.  a description of such property and the value of such property;

3  c.  a description of any previous garnishments to which such property is

4     subject and the extent to which any remaining property is not exempt;

5     and

6  d.  the amount of the funds you anticipate owing to the debtor in the future

7     and whether the period for payment will be weekly or another specified

8     period.

9  For your convenience, a form which addresses the above-requested information is

10 attached and may be used to Answer the Writ.

11    3.  After you complete the answer under oath, pursuant to 28 U.S.C. §

12 3205(c)(2)(E) & (c)(4), within ten (10) days after service of this Writ upon you, you

13 must mail or deliver the original Answer bearing the original signature of the person

14 preparing the answer to the Court at the following address:

15    Civil Clerk, United States District Court
      450 Golden Gate Avenue, 16th Floor
16    San Francisco, CA 94102

17 At the same time that you mail or deliver the original answer to the Court, you must

18 also mail or deliver a copy of the original Answer to both the debtor and attorney for

19 the United States at the following respective addresses:

20 JANETTE L. BOOHER aka JANETTE L. BOOHER FULTON
   4966 Shadowfalls Drive
21 Martinez, CA 94553

22 Michael Cosentino, Counsel for the United States
   P.O. Box 129
23 Alameda, CA 94501

24 Please note that the attached form Answer contains a certificate of service which

25 needs to be completed by the person mailing the copies of the answer to the debtor

26 and the attorney for the United States, and which needs to be filed along with the

27 Answer.

28

IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE THE APPEARANCE DATE. IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS). THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO APPEAR.

SUSAN Y. SOONG, Clerk
United States District Court
for the Northern District of California

Dated: _11/20/2019_          By: _____
                                     Deputy Clerk
                                     Mark Romyn



DO NOT WITHHOLD THE EXEMPT PORTION OF THE EMPLOYEE'S EARNINGS

1. <u>Earnings</u> include any money (whether called wages, salary, commissions, bonuses, or anything else) paid for personal services, pension, or retirement. Vacation or sick pay is earnings subject to withholding as it is *received* by the employee.

2. <u>Disposable earnings</u> are different from gross pay or take-home pay. They are the earnings left after deducting the part which state or federal law <u>requires</u> an employer to withhold as mandatory deductions. Generally, these mandatory deductions are federal income tax, social security (FICA) tax, state income tax, state disability insurance, and payments to <u>public</u> employee retirement systems. Disposable earnings can change from pay period to pay period, whenever gross pay or required deductions change.

To determine earnings that[1] are eligible for withholding, and therefore must be withheld, see the chart below.

USE THE CHART BELOW TO DETERMINE NONEXEMPT DISPOSABLE EARNINGS AND THE APPLICABLE WITHHOLDING AMOUNT[1] :

| Pay Period: | Weekly or oftener | Every 2 weeks | Twice a month | Once a month |
|---|---|---|---|---|
| **Disposable earnings:** | $ 0 to $217.50 | $ 0 to $435.00 | $ 0 to $471.25 | $ 0 to $942.50 |
| **Withhold:** | Nothing (entire earnings are exempt) | | | |
| **Disposable earnings:** | $217.51 to $290.00 | $435.01 to $580.00 | $471.26 to $628.33 | $942.51 to $1,256.67 |
| **Withhold:** | Amt. over $217.50 | Amt. over $435.00 | Amt. over $471.25 | Amt. over $942.50 |
| **Disposable earnings:** | $290.01 or more | $580.01 or more | $628.34 or more | $1,256.68 or more |
| **Withhold:** | 25% of disposable earnings (balance is exempt) | | | |

--------

[1]Based on the Federal Minimum Wage Earnings of $7.25 an hour, effective 07/24/2009

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )
                                        ) Case No. CV11-2437 DMR
12                       Plaintiff,     )
                                        )
13              v.                      )
                                        )
14  JANETTE L. BOOHER                   )
    aka JANETTE L. BOOHER FULTON,       )
15                                      )
                         Defendant,     )
16                                      )
                            and         )
17                                      )
    CONNECTICUT GENERAL LIFE            )
18  INSURANCE COMPANY,                  )   **ANSWER OF GARNISHEE**
                                        )
19                       Garnishee.     )
    _____)
20

21       I, _____, being first duly sworn, hereby state the following:

22       1.  I am the _____ (Official Title) of the Garnishee

23  named in the above caption.  I am authorized to prepare this Answer on behalf of the

24  Garnishee.

25       2.  The Garnishee was served with the Writ of Continuing Garnishment on

26  _____ (date) in this action.

27       3.  The Garnishee currently has custody, control, or possession of insurance

28  payments payable to the Defendant.  Yes____   No____

4.  The Garnishee expects to obtain custody, control, or possession of insurance payments payable to the Defendant in the foreseeable future.   Yes_____   No_____

5.  N/A

6.  Are there any other garnishments currently in effect?  Yes _____   No _____  If the answers is yes, describe below and attach to this Answer a copy of each garnishment:

_____

_____

_____

7.  Will the Garnishee owe the Defendant insurance payments in the foreseeable future?

Yes _____   No_____   If the answer is yes, provide the reason why such money will be owed, the amount of money that will be owed, and the date or dates on which each payment will be due:

| Type of Payment | Amount | Date Payment Will be Due |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |

8.  N/A

9.  N/A

10.  Does the Garnishee have any objections or defenses to the Writ of Continuing Garnishment?  Yes_____   No_____   If the answer is yes, list the nature and basis of each objection and/or defense:

_____

_____

_____

2

1 _____

2 _____

3    On behalf of CONNECTICUT GENERAL LIFE INSURANCE COMPANY, I

4 hereby certify under penalty of perjury under the laws of the United States of America

5 that the foregoing is true and correct.

6

7 Telephone #_____

8

9 Fax #          _____

10

11

12 Dated: _____          By: _____

13

14                                (Sign above and type or print name below)

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, _____, declare:

That I am a citizen of the United States and employed in the County of

_____, California; that my business address is

_____; that I am

over the age of eighteen years; and that I am not a party to the above-entitled action;

That on _____ (date), I deposited in the United States mail, in

envelopes bearing the requisite postage, a copy of:

**ANSWER OF GARNISHEE**

addressed to each of the following, at their last known addresses, at which place there

is service by United States mail.

JANETTE L. BOOHER aka JANETTE L. BOOHER FULTON
4966 Shadowfalls Drive
Martinez, CA 94553

Michael Cosentino
Counsel for the United States
P.O. Box 129
Alameda, CA 94501

I have caused, or will cause, the original of the ANSWER OF GARNISHEE to be

filed in the United States District Court pursuant to the instruction for same in

paragraph # 3 of the Writ.

This Certificate was executed on _____ (date),

at _____ (city), _____(state).

I certify under penalty of perjury that the foregoing is true and correct.


_____

(sign above the line and type or print name below)